# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**VERONICA THOMAS,**

    **Plaintiff,**

  v.                                                  Civil Action 2:17-cv-857
                                                        Judge Algenon L. Marbley
                                                        Magistrate Judge Jolson

**UNUM LIFE INSURANCE
COMPANY OF AMERICA,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's unopposed Motion for Authorization to File the Administrative Record Under Seal. (Doc. 10). Defendant explains, *inter alia*, that the record "contains Plaintiff's sensitive [medical] treatment information, as well as personal family and financial information." (*Id.* at 1–2). Accordingly, for good cause shown, Defendant's Motion for Leave to File Under Seal is **GRANTED**.

    IT IS SO ORDERED.

Date: February 27, 2018                                      /s/ Kimberly A. Jolson
                                                                 KIMBERLY A. JOLSON
                                                                 UNITED STATES MAGISTRATE JUDGE